IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL ELEMENTARY SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>    v<br><br>CALIFORNIA SPECIAL EDUCATION HEARING OFFICE,<br><br>    Defendant,<br><br>    and<br><br>A K, a minor,<br><br>    Real Party in Interest.<br>_____/ | No C 03-5783 VRW<br><br>ORDER |

      The court stayed proceedings in this matter pending the Supreme Court's decision in <u>Schaffer ex rel Schaffer v Weast</u>, 125 S Ct 1300 (2005). Doc #115. The court is in receipt of counsel's letter informing the court that the Supreme Court has rendered its decision, 126 S Ct 528 (2005), and requesting leave to submit supplemental briefing. The clerk is DIRECTED to file counsel's

letter.

Counsel's request is well taken, given that the Supreme Court's decision appears, in effect, to abrogate <u>Clyde K v Puyallup Sch Dist No 3</u>, 35 F3d 1396 (9th Cir 1994), which placed the burden of proof at the administrative level upon the school district. The request for leave to submit supplemental briefing is accordingly GRANTED. The parties are invited to submit simultaneous briefing regarding the effect of <u>Schaffer</u> upon this matter. Briefing shall not exceed twelve pages and shall be submitted on or before January 20, 2006.

The parties are ORDERED to appear for a further case management conference on February 7, 2006, at 9:00 am, or at such other time as the parties may mutually arrange with the courtroom deputy, Ms Cora Delfin, 415-522-2039. The parties shall submit a case management statement in conformance with Civ L R 16-10(d).

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge