01/24/2006 14:48 FAX 15105947988    RUIZ & SPEROW LLP    ☑001/002
JAN-24-06 10:16 AM                                       510 xxx xxxx    P.02
Case 3:03-cv-05783-VRW   Document 125   Filed 01/26/06   Page 1 of 2

```
KATHRYN ELIZABETH DOBEL
CSB # 85530
LAW OFFICE OF KATHRYN DOBEL
2026 Delaware Street
Berkeley, California 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833
spedlaw@comcast.net

Attorney for Real Party in Interest
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN RAFAEL ELEMENTARY SCHOOL DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA SPECIAL EDUCATION HEARING OFFICE, <br><br> Defendant, <br><br> and <br><br> A.K., a minor, <br><br> Real Party in Interest. | Case No. C03-5783 VRW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO POSTPONE THE CASE MANAGEMENT CONFERENCE OF FEBRUARY 7, 2006 AND JOINT CASE MANAGEMENT CONFERENCE STATEMENT <br><br> Re/Court Date: February 7, 2006 <br> Time: 9:00 a.m. <br> Courtroom 6 <br> Honorable Vaughn R. Walker <br><br> <u>Case Management Conference continued to: February 14, 2006 at 9:00 a.m.</u> |

## STIPULATION

Due to a medical appointment for Ms. Dobel's daughter in Los Angeles on February 7, 2006 following surgery and Ms. Dobel's need to accompany her daughter, who is currently non-ambulatory in an independent manner, to the appointment on that date for a requisite post surgical intervention, the Real Party in Interest and the Plaintiff jointly request and stipulate that the Case Management Conference in this matter, currently scheduled for February 7,

Stipulation and Order Re: Case Management Conference; <u>San Rafael ESD v. SEHO</u>; C 03 5783 VRW   -1-

1  2006 at 9:00 a.m., be postponed to February 14, 2006 at 9:00 a.m., and that the Joint Case
2  Management Conference Statement filing date of January 27, 2006 be postponed to
3  February 4, 2006.
4
5  _Kathryn E. Dobel_____           _Tracy L. Tibbals_____
6  Kathryn E. Dobel                      Tracy L. Tibbals
7  Attorney for Real Party in Interest   Attorney for Plaintiff
8
                       **PROPOSED ORDER**
9
10  This Court, having considered the joint request and stipulation by the Real Party in Interest
11  and the Plaintiff brought pursuant to *Local Rules 6-1(b), 6-3 and 7-3(d)*, and good cause
12  appearing therefrom, the Court hereby grants the request and stipulation to postpone the
13  Case Management Conference in this matter from February 7, 2006 at 9:00 a.m. to
14  February 14, 2006 at 9:00 a.m. and the Joint Case Management Conference Statement
15  filing date of January 27, 2006 to February 4, 2006.
16
17  Dated: January 26, 2006



Vaughn R. Walker
Judge of the United States District Court

GRANTED
Judge Vaughn R Walker