KATHRYN ELIZABETH DOBEL
CSB # 85530
LAW OFFICE OF KATHRYN DOBEL
2026 Delaware Street
Berkeley, California 94709
Telephone: (510) 548-2004
Facsimile: (510) 843-0833
spedlaw@comcast.net

Attorney for Real Party in Interest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN RAFAEL ELEMENTARY SCHOOL DISTRICT,

Plaintiff,

vs.

CALIFORNIA SPECIAL EDUCATION HEARING OFFICE,

Defendant,

And

A.K., a minor,

Real Party in Interest.

_____________________________________/

Case No. C03-5783 VRW

**STIPULATION AND ~~PROPOSED~~ ORDER TO POSTPONE THE HEARING ON MOTIONS FOR SUMMARY JUDGMENT FROM MARCH 9, 2006 TO MARCH 23, 2006**

Next Court Date: March 9, 2006
Time: 2:00p.m.
Courtroom 6
Honorable Vaughn R. Walker

The Real Party in Interest and the Plaintiff jointly stipulate that the hearing on Motions for Summary Judgment in this matter currently scheduled for March 9, 2006 at 2:00p.m. be postponed to March 23, 2006 at 2:00p.m. due to the need for Ms. Dobel to be out of the area on March 9, 2006 caring for a daughter recovering from surgery.

Kathryn E. Dobel
Attorney for Real Party in Interest

Tracy L. Tibbals
Attorney for Plaintiff

**PROPOSED ORDER**

This Court, having considered the joint request by the Real Party in Interest and the Plaintiff and good cause appearing, hereby grants the request to postpone the hearing on Motions for Summary Judgment in this matter currently scheduled for March 9, 2006 at 2:00p.m. to March 23, 2006 at 2:00p.m.

***IT IS SO ORDERED***

Dated: March 9, 2006

Vaughn R. Walker
Judge of the United States District Court